

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-15-00078-CV

Brian **FREEMAN**,
Appellant

v.

**NEWFIELD EXPLORATION COMPANY**,
Appellee

From the 63rd Judicial District Court, Edwards County, Texas
Trial Court No. 3724
The Honorable Robert Hoffman, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

We ORDER that appellant, Brian Freeman, bear all costs of this appeal.

SIGNED April 1, 2015.

Luz Elena D. Chapa, Justice